IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA DESIGN-BUILD, INC., an Alaska Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>ASPHALT SURFACING, INC., a California corporation; UNITED FIRE & CASUALTY COMPANY, Bond No. 54-197210,<br><br>        Defendants.<br><br>UNITED STATES OF AMERICA FOR THE USE OF ASPHALT SURFACING, INC., a California corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>AHTNA DESIGN-BUILD, INC., an Alaska Corporation; GREAT AMERICAN INSURANCE GROUP, an Ohio corporation Bond No. 3348912,<br><br>        Defendants. | Case Nos. 3:21-cv-00228-JMK<br>                3:22-cv-00219-JMK<br>                Consolidated<br><br>**ORDER GRANTING JOINT STIPULATION TO CONSOLIDATE CASES** |

The parties in *Ahtna Design-Build, Inc. v. Asphalt Surfacing, Inc. et al.*, Case No. 3:21-cv-00228-JMK, and *United States of America for the Use of Asphalt Surfacing,*

*Inc. v. Ahtna Design-Build, Inc. et al.,* Case No. 3:22-cv-00219-JMK, submitted a joint stipulation,[1] agreeing that (1) the two actions should be consolidated pursuant to Federal Rule of Civil Procedure 42(a); (2) the Scheduling and Planning Order at Docket 16 in Case No. 3:21-cv-00228-JMK should be amended; and (3) Ahtna Design-Build's ("ADB") pending Motion to Strike[2] is rendered moot by the proposed consolidation and modification of the Scheduling and Planning Order.

Federal Rule of Civil Procedure 42(a)(2) provides that courts may consolidate actions if they involve a common question of law or fact. District courts enjoy "substantial discretion in deciding whether and to what extent to consolidate cases."[3] Further, Rule 16(b)(4) states that a Scheduling and Planning Order may be modified for good cause. Here, the Court finds that consolidation is appropriate because both actions involve an alleged breach of a subcontract entered into between Asphalt Surfacing, Inc., and ADB. Further, the Court finds that good cause exists to modify the Scheduling and Planning Order at Docket 16 in Case No. 3:21-cv-00228-JMK to accommodate the different stages of the two actions and to ensure that discovery is conducted efficiently in the consolidated action. Accordingly, IT IS HEREBY ORDERED that:

1. *Ahtna Design-Build, Inc. v. Asphalt Surfacing, Inc. et al.*, Case No. 3:21-cv-00228-JMK, and *United States of America for the Use of Asphalt Surfacing,*

---

[1] *Ahtna Design-Build, Inc. v. Asphalt Surfacing, Inc. et al.*, Case No. 3:21-cv-00228-JMK, Docket 45; *United States of America for the Use of Asphalt Surfacing, Inc. v. Ahtna Design-Build, Inc. et al.*, Case No. 3:22-cv-00219-JMK, Docket 38.
[2] *Ahtna Design-Build, Inc. v. Asphalt Surfacing, Inc. et al.*, Case No. 3:21-cv-00228-JMK, Docket 41.
[3] *Hall v. Hall*, 138 S. Ct. 1118, 1131 (2018).

*Ahtna Design-Build, Inc. v. Asphalt Surfacing, Inc,. et al.;*     Case Nos. 3:21-cv-00228-JMK, 3:22-cv-00219-JMK
*United States for the Use of Asphalt Surfacing, Inc. v. Ahtna Design-Build, Inc. et al.*
Order Granting Joint Stipulation to Consolidate     Page 2
Case 3:22-cv-00219-JMK    Document 40    Filed 11/28/22    Page 2 of 4

*Inc. v. Ahtna Design-Build, Inc. et al.,* Case No. 3:22-cv-00219-JMK, are CONSOLIDATED FOR ALL PURPOSES pursuant to Federal Rule of Civil Procedure 42(a).

2. All future filings shall be filed under 3:21-cv-00228-JMK, using the above caption, unless the Court directs otherwise.

3. All parties shall comply with the Scheduling and Planning Order issued at Docket 16 in Case No. 3:21-cv-00228-JMK. For good cause shown, that Scheduling and Planning Order is modified as follows:

| Event | Modified Deadline |
|---|---|
| Identification of Expert Witnesses | November 23, 2022 |
| Supplemental Identification of Experts | January 8, 2023 |
| Rule 26 Expert Disclosures | March 13, 2023 |
| Final Discovery Witness List | April 6, 2023 |
| Close of Fact Discovery | May 10, 2023 |
| Discovery Motions to be filed by | 14 days before the close of fact discovery |
| Motions to Exclude Experts to be filed by | 30 days after the close of expert discovery |
| Dispositive Motions to be filed by | 30 days after the close of fact discovery |

4. With this consolidation and modification of the Scheduling and Planning Order, ADB's Motion to Strike at Docket 41 in Case No. 3:21-cv-00228-JMK is DENIED AS MOOT.

*Ahtna Design-Build, Inc. v. Asphalt Surfacing, Inc,. et al.;*   Case Nos. 3:21-cv-00228-JMK, 3:22-cv-00219-JMK
*United States for the Use of Asphalt Surfacing, Inc. v. Ahtna Design-Build, Inc. et al.*
Order Granting Joint Stipulation to Consolidate                                                             Page 3
Case 3:22-cv-00219-JMK   Document 40   Filed 11/28/22   Page 3 of 4

IT IS SO ORDERED this 28th day of November, 2022, at Anchorage, Alaska.

                                                */s/ Joshua M. Kindred*
                                                JOSHUA M. KINDRED
                                                United States District Judge

*Ahtna Design-Build, Inc. v. Asphalt Surfacing, Inc,. et al.;*    Case Nos. 3:21-cv-00228-JMK, 3:22-cv-00219-JMK
*United States for the Use of Asphalt Surfacing, Inc. v. Ahtna Design-Build, Inc. et al.*
Order Granting Joint Stipulation to Consolidate    Page 4
Case 3:22-cv-00219-JMK   Document 40   Filed 11/28/22   Page 4 of 4